## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROMEO DONZELL MOSLEY, SR., AIS #264012 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:22-cv-505-TFM-N |
| OFFICER TYRESE LONG, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On April 4, 2024, the Magistrate Judge entered a Report and Recommendation that Defendant's motion for summary judgment (Doc. 40) be granted and this case be dismissed. *See* Doc. 46. No objections were filed and the time has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Officer Tyrese Long and that Plaintiff's action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 20th day of May, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE