# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROMEO DONZELL MOSLEY, SR.,** <br> **AIS #264012** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-505-TFM-N <br> ) |
| **OFFICER TYRESE LONG,** | ) <br> ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Romeo Donzell Mosley, Sr.'s action is **DISMISSED with prejudice.**

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 20th day of May, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE